**SO ORDERED.**

**SIGNED October 15, 2026.**

JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

**IN RE: ANTHONY PHILIP CRADEUR** **CASE NO: 24-51009**

## EXPARTE ORDER OF DISMISSAL

Per the Court order dated 9/9/26 within fifteen (15) days from the date of the order that the debtor to file an amended Schedule I and J. As of date, Trustee have not received such. This case should be dismissed.

**IT IS ORDERED** that the Chapter 13 case be and the same is hereby dismissed.

**IT IS FURTHER ORDERED** that after Trustee has disbursed the remaining funds, the account be closed and a final accounting be filed.

**IT IS FURTHER ORDERED** that the Order directed to the employer/debtor to turn over to the Trustee a portion of wages of the debtor(s) is hereby revoked and rescinded.

**IT IS ORDERED** that pursuant to 1 1 U.S.C. Section 503 (b) the attorney fees of counsel were reasonable, necessary and of the benefit to the Debtor in this case and are considered an administrative expense and the Trustee is authorized to pay Debtor(s)'s counsel an amount not to exceed that which is sought as a fee in this case, as reflected by the statement filed pursuant to 1 1 U.S.C. Section 329 and Rule 2016, Federal Rules of Bankruptcy Procedure.

**IT IS FURTHER ORDERED** that the provisions of 11 U.S.C. Sec. 362(A) and 11 U.S.C. Sec. 1301 staying certain acts and proceedings against debtor(s) and his/her or their property and against certain co-debtors are no longer in effect.

**IT IS FURTHER ORDERED** that the notice be sent to all creditors that the Chapter 13 case was dismissed, and that creditors should now look directly to the debtor(s) for satisfaction of any balances owing upon their claim.

###

This order was prepared and is being submitted by:
Keith A. Rodriguez
Standing Chapter 13 Trustee
PO Box 3445
Lafayette, LA   70502